COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

AZUCENA MARTINEZ,                      §

                    Appellant,          §          No. 08-09-00074-CV

                                        §          Appeal from the

v.                                      §
                                                   County Court at Law No. 6
                                        §
HARVEST CREDIT MANAGEMENT IV                       of El Paso County, Texas
B,                                      §
                                                   (TC# 2006-076)
                    Appellee.           §


**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(2)(A). Appellant represents that the parties have reached an agreement to settle and compromise the dispute and requests that this Court dismiss the appeal. Appellee has agreed to the motion and there is no indication that dismissal would prevent Appellee from seeking the relief to which it would otherwise be entitled. *See* TEX.R.APP.P. 42.1(a)(1). We therefore grant Appellant's motion and dismiss the appeal pursuant to the parties settlement agreement. As the motion does not indicate the parties have agreed otherwise, costs will be taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).


August 12, 2009

                                        DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.